# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | : |
| GRANTED RECOVERY GROUP, LLC | : CASE NO. 20-04863 (MCF) |
| Debtor(s) | : CHAPTER 7 |
| | : ASSET CASE |

## NOTICE OF PAYMENT OF FUNDS
## INTO THE REGISTRY OF THE COURT

TO THE HONORABLE COURT:

Comes now, Wigberto Lugo Mender, duly appointed trustee in the above captioned case, hereby shows the following:

1.  In accordance with U.S.C. Section 347(a), payment has been stopped on all checks of the estate, which remain unpaid, as identified in Paragraph 2. The total sum of the check is $30,306.97 which has been deposited with the Court for disposition pursuant to 28 U.S.C Section 2041 et. Seg.

2.  Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of each entity who final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| Claim # | Name & Address of Claimant | Dividend Amount |
|---|---|---|
| 2 | Margarita Negron Pagan<br>Reparto Anamar<br>Calle Abeto #27<br>Toa Baja PR 00968<br><br>Anibal Medina Rios, Esq.<br>Urb Santa Cruz<br>C 23 Calle Margina<br>Bayamón PR 00961-6706 | $30,306.97 |
| | *Total Unclaimed Dividends:* | $30,306.97 |

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

I HEREBY CERTIFY having sent a copy of this document by first Class U.S. Mail to the U.S. Trustee's Office at their address of record.

RESPECTFULLY SUBMITTED

This 25TH day of October 2023. in Guaynabo, Puerto Rico.

*S/ Wigberto Lugo Mender*
WIGBERTO LUGO MENDER

CHAPTER 7 TRUSTEE

100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
Tel. (787)707-0404

Fax (787) 707-0412

wlugo@ecf.epiqsystems.com